802 WERTHEIMER ET AL. vs. CIRCUIT JUDGE (Wayne), 83 M., 56.

To dissolve an injunction issued on an ex parte showing, restraining the relators from using or enjoying certain real estate.

Denied November 12, 1890.

Held, that covenants, affecting the mode of occupation and enjoyment of leased premises, run with the land, and the assignee, though not named, may be restrained by injunction from violating same.

803 AUDITOR GENERAL vs. CIRCUIT JUDGE (Iosco), 58 M., 345.

To vacate an order granting an injunction restraining the county treasurer and auditor general from making a sale of certain lands for the taxes of 1883.

Denied October 28, 1885.

804 WILCOX vs. CIRCUIT JUDGE (Shiawassee), No. 16045.

To vacate an order dissolving an injunction restraining the City of Corunna and its officers from paying money as a bonus for the establishment in said city of a shoe factory.

Denied, with costs, May 11, 1897.